No. 96–892.   ZDUN v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–893.   SERTICH v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 96–897.   BOOKER v. WARD ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 96–899.   CITY OF PHILADELPHIA ET AL. v. CONTRACTORS ASSOCIATION OF EASTERN PENNSYLVANIA, INC., ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 96–902.   SAELEE v. CHATER, COMMISSIONER OF SOCIAL SECURITY.   C. A. 9th Cir.   Certiorari denied.

No. 96–907.   TASSA ET AL. v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (GER-DAN INTERNATIONAL TELECOM, INC., REAL PARTY IN INTEREST).   Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–909.   CHERRY v. ROCKING HORSE RIDGE ESTATES ASSN. ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 96–912.   GONZABA v. TEXAS.   Ct. App. Tex., 6th Dist.   Certiorari denied.

No. 96–913.   CAMILLI v. INDUSTRIAL COMMISSION OF ARIZONA. C. A. 9th Cir.   Certiorari denied.

No. 96–914.   MINOR v. PRUDENTIAL SECURITIES, INC., ET AL. C. A. 7th Cir.   Certiorari denied.

No. 96–916.   LOWERY v. REDD ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 96–917.   RAPID RETURN, INC., ET AL. v. PENNSYLVANIA ET AL.   Ct. Common Pleas of Dauphin County, Pa.   Certiorari denied.

No. 96–918.   KO SAI-MAN ET UX. v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 96–920.   FREY v. BANK ONE, INDIANAPOLIS, N. A.   C. A. 7th Cir.   Certiorari denied.